THOMAS STOKES ET AL., PLAINTIFFS IN ERROR, v. AL-BERT HARDY, DEFENDANT IN ERROR.

Argued March 8, 1907—Decided June 17, 1907.

On error to the Supreme Court.

For the plaintiff in error, *Freeman Woodbridge.*

For the defendant in error, *Aaron V. Dawes.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion of Mr. Justice Dixon in that court, reported in 44 *Vroom* 255.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, FORT, HENDRICKSON, PITNEY, REED, TRENCHARD, BOGERT, VRE-DENBURGH, VROOM, GREEN, GRAY, DILL, J.J. 13.

*For reversal*—None.